COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-17-00551-CV

Style:            Jacobs Field Services North America, Inc., Jacobs Engineering Group, Inc.,
                  and Jacobs Engineering, Inc. v. Troy Willeford

Date motion filed:  December 19, 2017

Type of Motion:   Objection to Mediation

Party filing motion:  Appellants

It is **ordered** that Appellants' objection to mediation is granted.  We withdraw our Mediation Order dated December 12, 2017.  This case will be set for submission at a later date.

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually

Date: December 21, 2017